UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMION KING, ET AL.,

       Plaintiff(s),

                                          Case Number 13-10031

v.                                       Honorable Marianne O. Battani

DETROIT, CITY OF, ET AL.,

       Defendant(s).
_____/

ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On July 18, 2013, the City of Detroit filed a voluntary petition for protection under Chapter 9 of the Bankruptcy Code. On July 25, 2013, Judge Steven Rhodes entered an order confirming the automatic stay of all proceedings against the City imposed under section 922 of the Bankruptcy Code upon the filing of the petition. In re City of Detroit, Michigan, No. 13-53846 [dkt. #167] (Bankr. E.D. Mich. July 25, 2013). The stay applies to "judicial, administrative, or other action[s] or proceeding[s] against an officer or inhabitant of the City, including the issuance or employment of process, that seeks to enforce a claim against the City." Id. at 3. The present action has been commenced by the plaintiff against and seeking to recover damages by enforcing a claim against the City of Detroit, which by law may be obliged to satisfy a judgment rendered against such officers. Based on

those orders, the Court will stay and administratively close this matter.

Accordingly, it is ORDERED that proceedings in this case are STAYED.

It is further ORDERED that this case is CLOSED for administrative and statistical purposes without prejudice because the defendant is involved in a bankruptcy case in which a stay of proceedings or an injunction is in effect. This closing does not constitute a decision on the merits.

It is further ORDERED that if the bankruptcy stay or the injunction is removed, or a party obtains relief from the stay, then the case may be reopened upon the motion of any party.

It is further ORDERED that any party may apply to the bankruptcy court for relief from the automatic stay under 11 U.S.C. § 362(d)-(g).

                                                                                     s/MARIANNE O. BATTANI
                                                                                     Hon. Marianne O. Battani
                                                                                     United States District Judge

Dated: August 5, 2013

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 5, 2013, by electronic and/or ordinary mail.

                                                                              s/Carolyn Ciesla for Bernadette Thebolt
                                                                              Case Manager